IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA   :

vs.                        :   CRIMINAL NO.: 20-00140-JB-B

ESMERALDA VIDANA           :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 28) and without any objection having been filed by the parties, the Defendant's plea of guilty to Count One of the Indictment is now accepted, and the Defendant is adjudged guilty of such offense.  A sentencing hearing has been scheduled for **December 27, 2021, at 10:00 a.m.** in Courtroom 4A before the undersigned.

**DONE and ORDERED** this 14th day of October 2021.

s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE