IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**ESMERALDA VIDANA, # 22204-509,**  *
                                                                  *
    **Petitioner,**  *
                                                                   * CRIMINAL NO. 20-00140-JB-B
**vs.**                                                        * CIVIL ACTION NO. 25-00197-JB-B
                                                                  *
**UNITED STATES OF AMERICA,**  *
                                                                  *
    **Respondent.**  *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 30, 2025 (Doc. 49) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Esmeralda Vidana's motion to vacate, set aside, or correct her sentence under 28 U.S.C. § 2255 (Doc. 47) and its corresponding civil action (No. 1:25-cv-00197-JB-B) are **DISMISSED without prejudice** for Petitioner Vidana's failure to prosecute and failure to obey the Court's order, and that Petitioner Vidana is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** this 21st day of **January 2026.**

                                                    **s/JEFFREY U. BEAVERSTOCK**
                                                    **CHIEF UNITED STATES DISTRICT JUDGE**